# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-8012-R**                    **DATE: MARCH 29, 2012**

**TITLE: AGUSTIN RAMIREZ -V- MARTIN NAVARRO et al**
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

<u>William Horrell</u>                                    <u>    N/A    </u>
**Deputy Clerk**                                   **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

         **Not present**                              **Not present**


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF**
                          **PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON APRIL 9, 2012

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


**MINUTES FORM II**                                   Initials of Deputy Clerk __WH__
**CIVIL - GEN**                          **D-M**