1  STEVEN J. EYRE, CB# 119714
2  3550 WILSHIRE BOULEVARD, SUITE 1440
   LOS ANGELES, CALIFORNIA  90010
3  (213) 385-6926
4  fax (213) 385-3313
   stevenjeyre@gmail.com
5
6  Attorney for plaintiff and counter-defendant
   Agustin Ramirez and counter-defendant
7  Los Caminantes Partnership
8
9               UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11           321 North Spring Street, Los Angeles, CA  90012
12

| | |
|---|---|
| AGUSTIN RAMIREZ,<br><br>               Plaintiff,<br><br>   -vs.-<br><br>MARTIN NAVARRO, ANGEL JUAREZ, ESTATE OF HUMBERTO NAVARRO, DOES 1-10<br><br>               Defendants. | **No. CV 11-8012 R (DTBx)**<br><br>**RULE 26(f) REPORT**<br><br>**DATE:   April 9, 2012**<br>**TIME:   11:00 A.M.**<br>**CTRM:   8 Spring Street** |
| ESTATE OF HUMBERTO A. NAVARRO,<br><br>               Counter-complainant,<br><br>   -vs.-<br><br>AGUSTIN RAMIREZ, an individual, LOS CAMINANTES PARTNERSHIP, a partnership, and ROES 1 through 5, Inclusive,<br><br>               Counter-defendants. | |

-1-

*Ramirez vs. Navarro*/CV-11-8012 R (DTBx)                                    **RULE 26(f) REPORT**

-2-

Pursuant to FRCP 16(b) and this Court's order dated September 19, after conferring prior to the filing of this report, counsel of record for the parties in the above-referenced action make the following report:

For plaintiff and counter-defendant AGUSTIN RAMIREZ, counter-defendant LOS CAMINANTES PARTNERSHIP:  Steven J. Eyre

For defendant MARTIN NAVARRO, defendant and counter-complainant ESTATE OF HUMBERTO NAVARRO:  Alejandro Menchaca

For defendant ANGEL JUAREZ:  Anthony R. Lopez

A. <u>Disclosures and Discovery</u>:

1. The parties will make initial disclosures under Rule 26(a) within 14 days following the filing of this order pursuant to Rule 26(a).

2. Discovery will be needed with respect to the following issues:

All claims and causes of action set forth by the respective parties in their pleadings for affirmative relief, and all denials, averrals and affirmative defenses by the parties.

3. No changes should be made at this time to the limitations of discovery under federal law and rules.  Plaintiff has already initiated discovery in accordance with this Court's standing order.

4. The parties will discuss any need for a Stipulated Protective Order before the Rule 26 disclosures are produced.  Absent an agreement, the parties will seek Court intervention.

B. <u>Other matters considered at the request of the Court:</u>

1. <u>Appropriate last date for completion of discovery and hearing of motions</u>:

Filing of any amendments to complaint:  July 25, 2012

Discovery cut-off:  December 3, 2012

Motion cut-off (filing): January 28, 2013

Pretrial conference:  March 25, 2013

Trial:  May 20, 2013

-2-

*Ramirez vs. Navarro*/CV-11-8012 R (DTBx)   **RULE 26(f) REPORT**

2. <u>Whether discovery should be conducted in phases or otherwise ordered or limited</u>:  No special discovery orders needed at this time.

3. <u>Preliminary estimate of the time required for trial</u>:  5-7 days

4. <u>Efforts made to settle or resolve the case to date, and parties' views as to an appropriate plan for maximizing settlement prospects</u>:  No discussions as of the date of this report; however, the parties believe that participation in the ADR procedure will be helpful.

5. <u>Whether case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation</u>:  The case is not complex.

6. <u>The likelihood of the appearance of additional parties</u>:  Plaintiff intends to move to add other parties, in particular local promoters and venue owners.  Plaintiff expects to move to amend well in advance of the cut-off date for amendment.

7. <u>What motions the parties are likely to make that may be dispositive or partially dispositive</u>:  Motion for summary judgment.

8. <u>Any unusual legal issues presented by the case</u>:  Unknown at this time.

9. <u>Proposals regarding severance, bifurcation or further ordering of proof</u>: None at this time.

Dated:  April 9, 2012                    Respectfully submitted,


                                                        /stevenjeyre/
Steven J. Eyre
Attorney for plaintiff and counter-defendant Agustin Ramirez and counter-defendants Los Caminantes Partnership

THE MENCHACA LAW FIRM


                                               /s/Alejandro Menchaca
Alejandro Menchaca
Attorney for defendant Martin Navarro and defendant and counter-complainant Estate of Humberto Navarro

-3-

*Ramirez vs. Navarro*/CV-11-8012 R (DTBx)                    **RULE 26(f) REPORT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOPEZ & ASSOCIATES

      /s/Anthony R. Lopez
Anthony R. Lopez
Attorney for defendant Angel Juarez

-4-

*Ramirez vs. Navarro*/CV-11-8012 R (DTBx)　　　　　　　　　　**RULE 26(f) REPORT**