STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 1440
LOS ANGELES, CALIFORNIA  90010
(213) 385-6926
fax (213) 385-3313
stevenjeyre@gmail.com

Attorney for plaintiff and counter-defendant
Agustin Ramirez and counter-defendant
Los Caminantes Partnership


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

321 North Spring Street, Los Angeles, CA  90012


| | |
|---|---|
| AGUSTIN RAMIREZ,<br><br>                    Plaintiff,<br><br>          -vs.-<br><br>MARTIN NAVARRO, ANGEL JUAREZ,<br>ESTATE OF HUMBERTO NAVARRO,<br>DOES 1-10<br><br>                    Defendants. | **No. CV 11-8012 R (DTBx)**<br><br>**STIPULATION FOR DISMISSAL** |
| ESTATE OF HUMBERTO A. NAVARRO,<br><br>                    Counter-complainant,<br><br>          -vs.-<br><br>AGUSTIN RAMIREZ, an individual, LOS<br>CAMINANTES PARTNERSHIP, a<br>partnership, and ROES 1 through 5,<br>Inclusive,<br><br>                    Counter-defendants. | |

-1-

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure ("the plaintiff may dismiss an action without a court order by filing (ii) a stipulation of dismissal signed by all parties who have appeared"), all of the parties who have appeared in this action hereby STIPULATE to dismissal, and hereby dismiss this entire action, including the complaint and cross-complaint, without prejudice.

Dated:  May 15, 2012                    Respectfully submitted,


                    _____/stevenjeyre/_____
                    Steven J. Eyre
                    Attorney for plaintiff and counter-
                    defendant Agustin Ramirez and counter-
                    defendants Los Caminantes Partnership

                    THE MENCHACA LAW FIRM


                    _____/s/Alejandro Menchaca_____
                    Alejandro Menchaca
                    Attorney for defendant Martin Navarro and
                    defendant and counter-complainant Estate
                    of Humberto Navarro

                    LOPEZ & ASSOCIATES


                    _____/s/Anthony R. Lopez_____
                    Anthony R. Lopez
                    Attorney for defendant Angel Juarez